MICHAEL J. HEYMAN
United States Attorney

AINSLEY MCNERNEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Email: Ainsley.McNerney1@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN MICHAEL KOLLER,<br><br>Defendant. | No. 3:26-cr-00077-SLG-KFR<br><br><u>COUNTS 1–5</u>:<br>ATTEMPT TO EVADE AND DEFEAT TAX<br>Vio. of 26 U.S.C. § 7201 |

**INDICTMENT**

The Grand Jury charges that:

<u>INTRODUCTORY ALLEGATIONS</u>

At all times relevant to this Indictment:

1. The defendant, JOHN MICHAEL KOLLER ("KOLLER"), was a resident of Kodiak, Alaska and was the 100% owner and manager of Kodiak Island Ambulatory Care Clinic, Inc. (KIACC or the "Clinic"). KOLLER was also KIACC's president, director, and treasurer.

//

2. KIACC was a general practice medical clinic in Kodiak, Alaska, providing general medicine, family medicine, urgent care medicine, and surgery. KIACC was an S-Corporation assigned Employer Identification Number ("EIN") 920175351, also known as a Federal Tax Identification Number, from the Internal Revenue Service. On or about March 27, 2001, KOLLER obtained a business license from the Alaska Department of Commerce for KIACC.

3. KOLLER held an active physician license (License #MEDS3737) and operated KIACC as its primary physician. KOLLER practiced family medicine and urgent care medicine.

4. In addition to treating patients, KOLLER managed the daily operations of KIACC. KOLLER exercised sole discretion and control over hiring and training staff; maintaining the business and medical records of KIACC; coding medical bills; handling KIACC's finances; and generating, reviewing, and approving all bills issued to KIACC's patients.

5. The Internal Revenue Service ("IRS") was an agency of the U.S. Department of the Treasury responsible for administering the tax laws of the United States and collecting taxes owed to the United States.

6. IRS Form 1040, *U.S. Individual Income Tax Return* ("Form 1040"), was used by U.S. taxpayers to file an annual income tax return.

7. IRS Form 1120S, *U.S. Income Tax Return for an S-Corporation* ("Form 1120S"), was used by certain corporations and other entities to file an annual income tax return.

a. Certain qualifying corporations and other entities may elect Subchapter S tax treatment ("S-Corporation"). The income of an S-Corporation is generally taxed to the shareholders of the corporation rather than the corporation itself. An S-Corporation must file a Form 1120S every year reporting, among other things, its gains, losses, deductions, and credits for that year. Shareholders of an S-Corporation are required to report their share of the S-Corporation's ordinary business income on their Forms 1040.

8. IRS Form 4868, *Application for Automatic Extension of Time to File U.S. Income Tax Return* ("Form 4868"), was used by taxpayers to request an automatic extension of the time to file individual tax returns.

9. KOLLER caused KIACC to file tax returns as an S-Corporation. Accordingly, as KIACC's sole shareholder, KOLLER was required to report KIACC's ordinary business income on his Form 1040 each year.

10. KOLLER engaged Certified Public Accountants (the "CPA") to prepare his Forms 1040 for several years, including 2018, 2019, and 2020 tax years. The CPAs relied on KOLLER to provide them with complete and accurate information to prepare his Forms 1040.

11. For all relevant tax years, KOLLER's CPAs filed Forms 4868 on his behalf.

12. KOLLER has, to date, not filed Forms 1040 with the Internal Revenue Service for the 2021 tax year.

<u>COUNT 1</u>

26 U.S.C. § 7201 – Attempt to Evade and Defeat Tax (Tax Year 2018)

13. Paragraphs 1 through 12 are re-alleged and fully reincorporated herein.

14. From in or about January 2018 through in or about May 2024, within the District of Alaska and elsewhere, the defendant, JOHN MICHAEL KOLLER, willfully attempted to evade and defeat income tax due and owing by him to the United States of America for the calendar year 2018, by committing the following affirmative acts among others:

a. KOLLER prepared and caused to be prepared, and signed and caused to be signed a false and fraudulent 2018 Form 1120S to the IRS on or about September 30, 2019;

b. KOLLER prepared and caused to be prepared, and signed and caused to be signed a false and fraudulent 2018 Form 1040 to the IRS on or about October 7, 2019;

c. KOLLER maintained a set of falsified accounting records, including by understating deposits into KIACC's business account;

d. KOLLER provided his CPA with incomplete and inaccurate financial information, including incomplete records for KIACC's U.S. Bank account deposits, and concealed KIACC's cash income from the CPA;

e. KOLLER concealed KIACC's cash income by, among other acts, strategically not depositing cash into bank accounts; and

f. KOLLER made false statements to investigators.

All of which is in violation of 26 U.S.C. § 7201.

COUNT 2

26 U.S.C. § 7201 – Attempt to Evade and Defeat Tax (Tax Year 2019)

15. Paragraphs 1 through 12 are re-alleged and fully reincorporated herein.

16. From in or about January 2019, through in or about May 2024, within the District of Alaska and elsewhere, the defendant, JOHN MICHAEL KOLLER, willfully attempted to evade and defeat income tax due and owing by him to the United States of America for the calendar year 2019, by committing the following affirmative acts among others:

a. KOLLER prepared and caused to be prepared, and signed and caused to be signed a false and fraudulent 2019 Form 1120S to the IRS on or about October 5, 2020;

b. KOLLER prepared and caused to be prepared, and signed and caused to be signed a false and fraudulent 2019 Form 1040 to the IRS on or about November 2, 2020;

c. KOLLER provided his CPA with incomplete and inaccurate financial information, including incomplete records for KIACC's U.S. Bank account deposits, and concealed KIACC's cash income from the CPA;

d. KOLLER concealed KIACC's cash income by strategically not depositing cash into bank accounts; and

e. KOLLER made false statements to investigators.

All of which is in violation of 26 U.S.C. § 7201.

COUNT 3

26 U.S.C. § 7201 – Attempt to Evade and Defeat Tax (Tax Year 2020)

17. Paragraphs 1 through 12 are re-alleged and fully reincorporated herein.

//

18. During the calendar year 2020, the defendant, JOHN MICHAEL KOLLER, a resident of Kodiak, Alaska, received taxable income, upon which there was income tax due and owing to the United States of America. Knowing the foregoing facts and failing to make an income tax return on or before October 15, 2021, as required by law, to any proper officer of the Internal Revenue Service, and to pay the income tax to the Internal Revenue Service, JOHN MICHAEL KOLLER, from in or about January 2020 through in or about May 2024, in the District of Alaska and elsewhere, willfully attempted to evade and defeat income tax due and owing by him to the United States of America, for the calendar year 2021, by committing the following affirmative acts, among others:

a. KOLLER concealed KIACC's cash income by, among other acts, maintaining an incomplete accounting of cash income, directing employees to record cash income in four separate places, destroying cash receipts and deposit slips, and not depositing cash into bank accounts; and

b. KOLLER made false statements to investigators.

All of which is in violation of 26 U.S.C. § 7201.

COUNT 4

26 U.S.C. § 7201 – Attempt to Evade and Defeat Tax (Tax Year 2021)

19. Paragraphs 1 through 12 are re-alleged and fully reincorporated herein.

20. During the calendar year 2021, the defendant, JOHN MICHAEL KOLLER, a resident of Kodiak, Alaska, received taxable income, upon which there was income tax due and owing to the United States of America. Knowing the foregoing facts and failing to make an income tax return on or before October 17, 2022, as required by law, to any proper

officer of the Internal Revenue Service, and to pay the income tax to the Internal Revenue Service, JOHN MICHAEL KOLLER, from in or about January 2021 through in or about May 2024, within the District of Alaska and elsewhere, willfully attempted to evade and defeat income tax due and owing by him to the United States of America, for the calendar year 2021, by committing the following affirmative acts, among others:

a. KOLLER concealed KIACC's cash income by, among other acts, maintaining an incomplete accounting of cash income, directing employees to record cash income in four separate places, destroying cash receipts and deposit slips, and not depositing cash into bank accounts; and

b. KOLLER made false statements to investigators concerning his income, specifically regarding his cash income.

All of which is in violation of 26 U.S.C. § 7201.

COUNT 5

26 U.S.C. § 7201 – Attempt to Evade and Defeat Tax (Tax Year 2022)

21. Paragraphs 1 through 12 are re-alleged and fully reincorporated herein.

22. During the calendar year 2022, the defendant, JOHN MICHAEL KOLLER, a resident of Kodiak, Alaska, received taxable income, upon which there was income tax due and owing to the United States of America. Knowing the foregoing facts and failing to make an income tax return on or before October 16, 2023, as required by law, to any proper officer of the Internal Revenue Service, and to pay the income tax to the Internal Revenue Service, JOHN MICHAEL KOLLER, from in or about January 2022 through in or about May 2024, within the District of Alaska and elsewhere, willfully attempted to evade and

defeat income tax due and owing by him to the United States of America, for the calendar year 2022, by committing the following affirmative acts, among others:

a. KOLLER concealed KIACC's cash income by, among other acts, maintaining an incomplete accounting of cash income, directing employees to record cash income in four separate places, destroying cash receipts and deposit slips, and not depositing cash into bank accounts; and

b. KOLLER made false statements to investigators.

All of which is in violation of 26 U.S.C. § 7201.

A TRUE BILL.

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

s/ Ainsley McNerney
AINSLEY MCNERNEY
Assistant U.S. Attorney
United States of America

s/ Chris Schroeder for
MICHAEL J. HEYMAN
United States Attorney
United States of America

DATE: September 16, 2026